UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ARLEN D. HARBAUGH,<br><br>Defendant. | Case Number: **6:21-PO-5004-KLD**<br>Ticket Number: 9587457, 9587458 and 9587459<br>Location Code: M18<br>Disposition Code: NC<br><br>ORDER DISMISSING |

The government has moved to dismiss the above referenced violation notice. Accordingly,

**IT IS ORDERED** that the violation notices 9587457, 9587458 and 9587459 are **DISMISSED** .

The Clerk of Court is directed to forward a copy of this order to the U.S. Attorney's Office, the Defendant, and to the Central Violations Bureau.   CVB is directed to enter NC as the disposition code in this matter.

Dated this 21st day of July, 2021.

_____
KATHLEEN L. DESOTO
United States Magistrate Judge